UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**PETER J. MESSITTE**  **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**  **GREENBELT, MARYLAND   20770**
  **301-344-0632**

## MEMORANDUM

TO: Counsel of Record

FROM: Christina Longo, Law Clerk

RE: McMurray v. Tallant, et al.
Civil No. PJM 20-919

DATE: October 19, 2023

\* \* \*

Dear Counsel:

The Pre-Trial Conference in this case is scheduled for November 21 and Trial is set for December 11-22. The Judge has asked me to inquire whether any settlement discussions are underway. Would you like the case to be referred to a magistrate judge for settlement? Please promptly advise.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and Clerk is directed to docket it accordingly.

Regards,
Christina Longo


cc: Court File